## No. 17,315.

WILLIS ET AL *v.* CITIZENS' BUILDING, LOAN AND SAVINGS ASSOCIATION.

From the Huntington Circuit Court.

*J. M. Hatfield, M. L. Spencer* and *W. A. Branyan,* for appellants.
*J. B. Kenner* and *U. S. Lesh,* for appellee.

JORDAN, J.—This case is one of a series appealed to this court. It involves the same questions for consideration as were decided by this court in the appeal of *Wohlford* v. *Citizens' Building, Loan and Savings Asso.,*140 Ind. 662, and upon the authority of that case the judgment ought to be affirmed.

Judgment affirmed.

Filed Apr. 30, 1895.